Daniel PORCELLINI, Petitioner,

v.

INTERNATIONAL MANAGEMENT CON-
SULTANTS, INC. and Granite Run Mall
and Equitable Life Assurance Society,
Ind. and t/a Granite Run Mall and Gran-
ite Run Mall, Inc. and Roman Mosaic &
Tile Company, U.S. Dismantlement &
R.C. Company, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Richard Glassman, Philadelphia, for peti-
tioner.

### ORDER

PER CURIAM:

AND NOW this 29th day of October, 1997,
the Petition for Allowance of Appeal is
**GRANTED.** This matter is **REMANDED**
to the trial court for further proceedings in
accordance with this Court's recent decision
in *Cheeseman v. Lethal Exterminator, Inc.,*
—— Pa. ——, 701 A.2d 156 (1997).

Henry F. HOFMANN, Petitioner,

v.

ACME MARKETS, INC., American Stores
Co., William Bailey, William Vandell,
John Mathison, Martin A. Scholtens,
John Tucker, Andrea R. Kramer, and
Anthony Paternoster, Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Harold I. Goodman, James F. Mundy,
Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997,
the Petition for Allowance of Appeal is
GRANTED. This matter is REMANDED
to the trial court for further proceedings in
accord with this Court's recent decision in
*Cheeseman v. Lethal Exterminator, Inc.,* ——
Pa. ——, 701 A.2d 156 (1997).

Glenn GODSHALL and Bonnie G. Ostrof-
sky, h/w, Individually and Glenn Gods-
hall and Bonnie G. Ostrofsky, as Co–
Administrators of the Estates of Jenni-
fer Lynn Godshall, Deceased, and Dan-
ielle Ann Godshall, Deceased, Petition-
ers,

v.

Jeffrey M. BLATT, M.D., Richard Crispi-
no, M.D., Blatt and Crispino Ob/Gyn
Associates, Ltd., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Thomas B. Grier, Bensalem, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

**William LEISER, Petitioner,**

v.

**ATLANTIC REFINING AND MARKETING CORPORATION, Ind. and t/d/b/a Sunoco A–Plus Mini Market and Sun Company, Inc. Ind. and t/d/b/a Sunoco A–Plus Mini Market and John Doe, Ind. and t/d/b/a Sunoco A–Plus Mini Market and XYZ Corporation, Ind. and Sunoco A–Plus Mini Market, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

John F. Hanahan, Philadelphia, for petitioner.

## ORDER

PER CURIAM.

AND NOW this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

■

**Howard SEIDMAN and Ronald Kerwood, Petitioners,**

v.

**Raymond MICHITTI, William J. Siderio, Jr., Consolidated Mortgage Corporation, Provident Bank of Maryland, and Provident Mortgage Corporation, Respondents.**

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Robert A. Davitch, Stephen G. Console, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accord with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.,* —— Pa. ——, 701 A.2d 156 (1997).

